

FILED

JUN 10 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1871-BEN |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., |
| MARCOS GARCIA-GONZALEZ, | ) | Sec. 1324(a)(2)(B)(iii) – Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 – Aiding and Abetting |
| Defendant. | ) | |

The United States Attorney charges:

On or about May 25, 2008, within the Southern District of California, defendant MARCOS GARCIA-GONZALEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Faviola Rojas-Villa, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port

//
//
//
//
//

CJB:es:San Diego
5/28/08

1  of  entry;  in  violation  of  Title  8,  United  States  Code,

2  Section  1324(a)(2)(B)(iii)  and  Title  18,  United  States  Code,

3  Section 2.

4       DATED: June 10, 2008.

5

6                                    KAREN P. HEWITT
                                     United States Attorney
7

8                                    CARLA J. BRESSLER
9                                    Assistant U.S. Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CJB:es:San Diego
5/28/08                              2