AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| MARCOS GARCIA-GONZALEZ | CASE NUMBER: 08cr1871-BEN |

I, MARCOS GARCIA-GONZALEZ, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 6/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X  Marcos Garcia
   Defendant

   Defense Counsel

Before _____
       Judicial Officer

FILED
JUN 10 2008
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                       DEPUTY