# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs  MARCOS GARCIA-GONZALEZ                              No.  08CR1871-BEN

The Court finds excludable delay, under the section indicated by check ( ✓ ),

commenced on _____ and ended on _____ ; (        )

   6-26-08                 and ended on        9-15-08        . (X7,XT)1

<u>3161(h)</u>

____ (1)(A)    Exam or hrg for **mental or physical incapacity**                     A

____ (1)(B)    **NARA exam**ination (28:2902)                                         B

____ (1)(D)    State or Federal trials or **other charges pending**                   C

____ (1)(E)    **Interlocutory appeals**                                              D

____ (1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo)           E

____ (1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)              F

____ (1)(J)    **Proceedings under advisement** not to exceed thirty days             G

____           Misc proc:  Parole or prob rev, deportation, **extradition**           H

____ (1)(H)    **Transportation** from another district or to/from examination        6
               or hospitalization in ten days or less

X (1)(I)       Consideration by Court of **proposed plea agreement**                  (7)

____ (2)       **Prosecution deferred** by mutual agreement                           I

____ (3)(A)(B) **Unavailability of defendant** or **essential witness**               M

____ (4)       Period of **mental or physical incompetence** of defendant to          N
               stand trial

____ (5)       Period of **NARA commitment or treatment**                             O

____ (6)       **Superseding indictment and/or new charges**                          P

____ (7)       **Defendant awaiting trial of co-defendant** when no severance         R
               has been granted

____ (8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than          T
               one of the reasons below are given in support of continuance

X (8)(B)(I)    1) Failure to grant a **continuance** in the proceeding               (T1)
                  would result in a **miscarriage of justice** and
                  the ends of justice outweigh the best interest
                  of the public and the defendant in a speedy trial.
                  **(Continuance - miscarriage of justice)**
____           2) Failure to grant a **continuance** of the trial would result in
                  a miscarriage of justice as the defendant has tendered a
                  guilty plea to a magistrate judge and is awaiting a
                  determination as to whether the plea will be accepted.
                  **(Continuance - tendered a guilty plea)**

____ (8)(B)(ii)   2) **Case** unusual or **complex**                                  T2

____ (8)(B)(iii)  3) **Indictment** following arrest **cannot be filed** in thirty (30) days   T3

____ (8)(B)(iv)   4) **Continuance** granted in order to obtain or substitute counsel,   T4
                     or give reasonable time to prepare
                     **(Continuance re counsel)**

____ 3161(I)   Time up to **withdrawal of guilty plea**                               U

____ 3161(b)   **Grand jury indictment time extended** thirty (30) more days          W

Date    6/26/08                              _____
                                                      Judge's Initials